**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KATELYNN CRIGLER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 3:25-cv-00257-CMV** |
| **v.** | ) | |
| | ) | **Magistrate Judge Chelsey M. Vascura** |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (ECF No. 18). For good cause shown, the Motion is **GRANTED**.

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $4,999.81.

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010).  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

s/ *Chelsey M. Vascura*
_____

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE